## PROCESS OF ATTACHMENT AND GARNISHMENT

To the Marshal of the Western District of Texas - GREETINGS:

WHEREAS, a Complaint has been filed in the United States District Court for the Western District of Texas on the 18th day of July, 2018 by

> PAN OCEAN CO. LTD.,
> Plaintiff,
>
> v.
>
> CLEARLAKE SHIPPING PTE LTD.,
> Defendant.

in a certain action for breach of a charter party and letter of indemnity alleging to be due and owing the said Plaintiff the amount of **$7,251,755,93** USD and praying for process of maritime attachment and garnishment against the said Defendant, and

WHEREAS, this process is issued pursuant to such prayer and requires that each garnishee shall serve its answer, together with answers to any interrogatories served with the complaint, within 20 days after service of process upon it and requires that each defendant shall serve its answer within 30 days after process has been executed, whether by attachment of property or service on the garnishee.

NOW, THEREFORE, we do hereby command you that if the said Defendant cannot be found within the District you attach goods and chattels to the amount sued for; and if such property cannot be found that you attach credits and effects to the amount sued for, in the hands of any garnishee in this district, including but not limited to Valero Energy Corporation, One Valero Way, San Antonio, Texas 78249, to wit: freight, cash, funds, hire, credits and/or debts owed to it or in the hands of garnishees in this District up to the total sum of **$7,251,755.93** USD and any other property in whatever form belonging to defendant, and that you promptly after execution of this process, file the same in this Court, with your return thereon.

WITNESS, the Honorable Xavier Rodriguez, Judge of the United States District Court, for the Western District of Texas, at the City of San Antonio, this 18th day of July in the year of our Lord two thousand eighteen, and of the Independence of the United States the two hundred forty-first year.

*[Signature]* Deputy Clerk
CLERK OF COURT

*This Process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.*

1