UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| PAN OCEAN CO. LTD., § § § *Plaintiff*, § § v. § § CLEARLAKE SHIPPING PTE LTD., § § *Defendant*, § § § § § | Civil Action No. SA-18-CV-739-XR |

### ORDER TO DEPOSIT MONIES INTO COURT'S REGISTRY

On this date, the Court considered the status of this case. On October 18, 2018, the Court granted Plaintiff Pan Ocean Co. Ltd.'s and Garnishee Valero Marketing and Supply Company's Agreed Motion to Deposit Funds into the Registry of the Court. Docket no. 16. The Clerk, United States District Court, has received from Garnishee Valero Marketing and Supply Company and deposited into the Court's registry a check in the exact amount of $1,588,053.76.

IT IS FURTHER ORDERED that the Clerk, United States District Court, as soon as the business of the office allows, shall deposit these monies into the Court Registry Investment System (CRIS) where they shall remain until further order of the Court.

It is so ORDERED.

SIGNED this 20th day of November, 2018.

_____

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE